UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JOHNNY SWANK                                              CIVIL ACTION

VERSUS                                                    NO: 11-3122

ROBERT C. TANNER, WARDEN, ET AL.                          SECTION: R(3)

**ORDER**

The Court, having reviewed the complaint, the applicable law, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, IT IS ORDERED that Swank's federal civil rights claims are DISMISSED WITH PREJUDICE.  It is further ordered that Swank's state law claims, if any, are DISMISSED WITHOUT PREJUDICE.

New Orleans, Louisiana, this 1st day of May, 2012.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE